IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


ANGEL OGANDO,

       Appellant,

v.                                  Case No.  5D21-2374
                                      LT Case No. 2018-CF-016878-A-O

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Matthew J. Metz, Public Defender, and
Nancy Ryan, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


COHEN, WALLIS and TRAVER, JJ., concur.